UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CASE CONCEPTS INTERNATIONAL, LLC,
RAUL RIVEROS, XIMENA Y. BARRERA
RIVEROS, EDWARD BELL, and PAMELA BELL,

                                       Plaintiffs,

-against-

TEICH, BEIM & MORO, C.P.A.'S, P.C. and          Civ. Action No.: 7:16-cv-07664-KMK
DAVID A. TEICH,

                                         **ORDER**

                Defendants and Third-Party Plaintiffs,

-against-

CITRIN COOPERMAN & COMPANY, LLP,

                Third-Party Defendant.

-------------------------------------------------------------------------X

**KENNETH M. KARAS, United States District Judge:**

      It having been reported to this Court that the above-captioned case has been settled as between Plaintiffs and Defendants, it is hereby **ORDERED** that the portion of the matter titled *Case Concepts International, LLC, Paul Riveros, Ximena Y. Barrera Riveros, Edward Bell, and Pamela Bell v. Teich, Beim & Moro, C.P.A.'s, P.C. and David A. Teich* be discontinued without costs and with prejudice. The portion of the matter titled *Teich, Beim & Moro, C.P.A.'s, P.C. and David A. Teich v. Citrin Cooperman & Company, LLP* shall continue under the above Civil Action Number.

**SO ORDERED.**

Dated:    February 4, 2020
                White Plains, New York

**HON. KENNETH M. KARAS**
**United States District Judge**